IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL DAVIS, | : | Civil No. 3:20-cv-519 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN CATRICIA HOWARD, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 15th day of June, 2021, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The motion (Doc. 9) for discovery is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge